## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

Jacob Zimmerli, as Trustee for the Next of Kin
of Daphanie Lauren Zimmerli, Decedent,

Civil No. 09-673 (RHK/FLN)

Plaintiff,

**ORDER**

vs.

Bynum Transport, Inc., Russell David Knight,

Defendants.

---

Pursuant to the parties' Stipulation (Doc. No. 10), **IT IS ORDERED** that any and all claims in this matter are **DISMISSED WITH PREJUDICE**, on the merits and in their entirety, without costs or disbursements to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: August 27, 2009

                                            s/Richard H. Kyle
                                            RICHARD H. KYLE
                                            United States District Judge